**Fill in this information to identify the case:**

Debtor 1      Mehrdad Gholamzadeh

Debtor 2

United States Bankruptcy Court for the: District of Arizona

Case number :    2:17-bk-02011-PS

## Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | U.S. Bank National Association, not individually but solely as trustee for BlueWater Investment Trust 2017-1 | **Court claim no.** (if known): | **4** |
| **Last 4 digits** of any number you use to identify the debtor's account: | 9241 | **Date of payment change:** Must be at least 21 days after date of this notice | **05/01/2020** |
| | | **New total payment:** Principal, interest, and escrow, if any | **$1,968.02** |

### Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

[ ] No

[X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

     **Current escrow payment: $295.04**      **New escrow payment: $306.68**

### Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

[X] No

[ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:**      **New interest rate:**
**Current Principal and interest payment:**      **New principal and interest payment:**

### Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

[X] No

[ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).

Reason for change:

**Current mortgage payment:**      **New mortgage payment:**

### Part 4: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

__/s/Julian Cotton__  Date __04/09/2020__
Signature

| | | | |
|---|---|---|---|
| Print: | Julian Cotton | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the ___9__ day of April, 2020.

/S/ Julian Cotton

---

JULIAN COTTON
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

# SERVICE LIST (CASE NO. 2:17-bk-02011-PS)

Debtor
Mehrdad Gholamzadeh
1318 East Boston Street
Gilbert, AZ 85295

Attorney
MARK R. ATCHLEY
ATCHLEY LAW FIRM, PLC
7255 E. Hampton Avenue
Suite 127
MESA, AZ 85209

Trustee
RUSSELL BROWN
CHAPTER 13 TRUSTEE
SUITE 800
3838 NORTH CENTRAL AVENUE
PHOENIX, AZ 85012-1965

US Trustee
U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003



Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

Analysis Date: March 30, 2020
Loan:
Property Address:
1318 E Boston St
Gilbert, AZ  85295

MEHRDAD GHOLAMZADEH
1318 E Boston St
Gilbert AZ  85295

**Annual Escrow Account Disclosure Statement - Account History**

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective May 01, 2020 | Prior Esc Pmt | May 01, 2019 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $1,661.34 | $1,661.34 | P & I Pmt: | $1,661.34 | Due Date: | December 01, 2018 |
| Escrow Pmt: | $281.89 | $306.68 | Escrow Pmt: | $295.04 | Escrow Balance: | ($1,430.72) |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $4,949.93 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment: | $1,943.23 | $1,968.02 | Total Payment: | $1,956.38 | Anticipated Escrow Balance: | $3,519.21 |

| Shortage/Overage Information | Effective May 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $3,680.18 |
| Required Cushion | $613.36 |
| Required Starting Balance | $1,492.27 |
| Escrow Shortage | $0.00 |
| Surplus | $2026.94 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 613.36. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 613.36 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from May 2019 to Apr 2020. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 1,443.77 | (8,908.61) |
| May 2019 | 295.04 | 0.01 | 1,148.73 | | * | County Tax | 590.08 | (8,908.60) |
| May 2019 | | 288.20 | | | * | Escrow Only Payment | 590.08 | (8,620.40) |
| Jun 2019 | 295.04 | 0.01 | | | * | | 885.12 | (8,620.39) |
| Jun 2019 | | 288.20 | | | * | Escrow Only Payment | 885.12 | (8,332.19) |
| Jul 2019 | 295.04 | 864.64 | | | * | | 1,180.16 | (7,467.55) |
| Jul 2019 | | 7,467.55 | | | * | Escrow Only Payment | 1,180.16 | 0.00 |
| Aug 2019 | 295.04 | 576.42 | | | * | | 1,475.20 | 576.42 |
| Sep 2019 | 295.04 | 2,017.47 | | | * | | 1,770.24 | 2,593.89 |
| Oct 2019 | 295.04 | 1,127.56 | | | * | | 2,065.28 | 3,721.45 |
| Oct 2019 | | 5,072.87 | | | * | Escrow Only Payment | 2,065.28 | 8,794.32 |
| Oct 2019 | | | | 1,185.59 | * | County Tax | 2,065.28 | 7,608.73 |
| Oct 2019 | | | | 7,467.55 | * | Escrow Only Payment | 2,065.28 | 141.18 |
| Oct 2019 | | | | 1,390.46 | * | Escrow Only Payment | 2,065.28 | (1,249.28) |
| Nov 2019 | 295.04 | 281.89 | 1,148.73 | | * | County Tax | 1,211.59 | (967.39) |
| Dec 2019 | 295.04 | | | | * | | 1,506.63 | (967.39) |
| Jan 2020 | 295.04 | 281.89 | | | * | | 1,801.67 | (685.50) |
| Feb 2020 | 295.04 | 563.78 | | | * | | 2,096.71 | (121.72) |
| Feb 2020 | | | 1,309.00 | | * | Hazard | 2,096.71 | (1,430.72) |
| Mar 2020 | 295.04 | | 1,243.00 | | * | Hazard | 1,148.75 | (1,430.72) |
| Apr 2020 | 295.04 | | | | * | | 1,443.79 | (1,430.72) |
| | | | | | | Anticipated Transactions | 1,443.79 | (1,430.72) |
| Mar 2020 | | 4,654.89 P | | | | | | 3,224.17 |
| Apr 2020 | | 295.04 P | | | | | | 3,519.21 |
| | $3,540.48 | $23,780.42 | $3,540.46 | $11,352.60 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing

For Inquiries: (800) 365-7107

Analysis Date: March 30, 2020
Loan:

**Annual Escrow Account Disclosure Statement - Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | $3,519.21 | 1,492.27 |
| May 2020 | 306.68 | 1,185.59 | County Tax | $2,640.30 | 613.36 |
| Jun 2020 | 306.68 | | | $2,946.98 | 920.04 |
| Jul 2020 | 306.68 | | | $3,253.66 | 1,226.72 |
| Aug 2020 | 306.68 | | | $3,560.34 | 1,533.40 |
| Sep 2020 | 306.68 | | | $3,867.02 | 1,840.08 |
| Oct 2020 | 306.68 | | | $4,173.70 | 2,146.76 |
| Nov 2020 | 306.68 | 1,185.59 | County Tax | $3,294.79 | 1,267.85 |
| Dec 2020 | 306.68 | | | $3,601.47 | 1,574.53 |
| Jan 2021 | 306.68 | | | $3,908.15 | 1,881.21 |
| Feb 2021 | 306.68 | | | $4,214.83 | 2,187.89 |
| Mar 2021 | 306.68 | 1,309.00 | Hazard | $3,212.51 | 1,185.57 |
| Apr 2021 | 306.68 | | | $3,519.19 | 1,492.25 |
| | $3,680.16 | $3,680.18 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is 3,519.21. Your starting balance (escrow balance required) according to this analysis should be $1,492.27.

We anticipate the total of your coming year bills to be 3,680.18. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | $306.68 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $306.68 |

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

Case 2:17-bk-02011-PS    Doc    Filed 04/09/20    Entered 04/09/20 19:29:49    Desc Main
Document    Page 6 of 6